**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

REGINALD DEWAYNE DUKE                                                   PLAINTIFF
ADC #92980

V.                                         NO: 5:14CV00165 DPM/HDY

JONATHAN WOOD                                                           DEFENDANT

## <u>ORDER</u>

On July 28, 2014, Plaintiff filed a declaration for entry of default against Defendant Jonathan

Wood.  Although more than 14 days have passed, Wood has not responded.  However, Wood will

be given additional time to respond.

IT IS THEREFORE ORDERED THAT:

1.      Wood file a response to Plaintiff's declaration for entry of default no later than 14

days after this order's entry date.

2.      The Clerk is directed to send a copy of this order to Wood at his sealed address

(docket entry #9), with delivery restricted to Wood himself.

DATED this ___15__ day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE